**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00487-CV**
_____

**REIDIE JAMES JACKSON, Appellant**

**V.**

**MARK W. STILES UNIT, et al., Appellees**

_____

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-189,936**
_____

**MEMORANDUM OPINION**

On October 25, 2012, we notified the parties that the notice of appeal did not appear to have been timely filed. The appellant filed a response but failed to establish that a notice of appeal was timely filed to allow either a regular or a restricted appeal. The trial court signed the judgment on January 6, 2012, and the appellate timetables were not extended by the timely filing of a post-judgment motion to reinstate. *See* Tex. R. App. P. 26.1. Notice of appeal was due to be filed on or before February 6, 2012. *Id.* Appellant filed the notice of appeal on October 17, 2012, more than thirty days from the

1

date of judgment and outside the time for which we may grant an extension of time to perfect appeal. *See* Tex. R. App. P. 26.3. Accordingly, we must dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered November 15, 2012

Before Gaultney, Kreger, and Horton, JJ.